KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Bryan.Wilson@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| DARLENE EVANS | ) | Case No. 3:10-cv-00219-HRH |
| Plaintiffs, | ) ) ) | **NOTICE REGARDING SETTLEMENT** |
| vs. | ) ) | |
| UNITED STATES OF AMERICA | ) ) | |
| Defendants. | ) ) | |

The United States, via counsel, notifies the Court that the parties have reached a negotiated settlement of the claims in this action. A notice and stipulation for dismissal will be filed after the parties complete the settlement documents and proceedings, which is expected to take no more than 60 days.

RESPECTFULLY SUBMITTED this 10th day of November, 2011, in Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/ E. Bryan Wilson
        Assistant U.S. Attorney
        Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2011,
a copy of the foregoing **NOTICE REGARDING SETTLEMENT** was served electronically on:

Myron Angstman

William H. Ingaldson

s/ E. Bryan Wilson

Evans v. USA     -2-
Case No. 3:10-cv-00219-HRH