KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Bryan.Wilson@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| DARLENE EVANS | ) Case No. 3:10-cv-00219-HRH |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA | ) **STIPULATION TO DISMISS WITH** ) **PREJUDICE** |
| Defendant. | ) |

The parties stipulate that all claims which were asserted or which could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED this 12th day of December, 2011, in Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/ E. Bryan Wilson
        Assistant U.S. Attorney
        Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2011, a copy of the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** was served electronically on:

Myron Angstman

William H. Ingaldson


s/ E. Bryan Wilson

Evans v. USA                                 -2-
Case No. 3:10-cv-00219-HRH