KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Bryan.Wilson@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| DARLENE EVANS | ) | Case No. 3:10-cv-00219-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AMENDED STIPULATION TO** |
| | ) | **DISMISS WITH PREJUDICE** |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties stipulate that all claims which were asserted or which could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED this 13th day of December, 2011, in Anchorage, Alaska.

                                                    KAREN L. LOEFFLER
                                                    United States Attorney

Date: December 13, 2011                   s/ E. Bryan Wilson
                                                      Assistant U.S. Attorney
                                                      Attorney for the United States

                                                      ANGSTMAN LAW OFFICE

Date: December 13, 2011                   s/ Myron Angstman (consent)
                                                      P.O. Box 585
                                                      Bethel, Alaska 99559
                                                      Phone: (907) 543-2972
                                                      Fax: (907) 543-3394
                                                      angstmanlaw@alaska.com

                                                      INGALDSON, MAASSEN &
                                                      FITZGERALD, P.C.

Date: December 13, 2011                   s/ William H. Ingaldson (consent)
                                                      813 West 3rd Avenue
                                                     Anchorage, Alaska 99501
                                                     Phone: (907) 258-8750
                                                     Fax: (907) 258-8751
                                                     bill@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2011,
a copy of the foregoing **STIPULATION
TO DISMISS WITH PREJUDICE**
was served electronically on:

Myron Angstman

William H. Ingaldson


s/ E. Bryan Wilson

Evans v. USA                                 -2-
Case No. 3:10-cv-00219-HRH