IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DARLENE EVANS,  )
 )
                    Plaintiff,  )
 )
   vs.  )
 )
UNITED STATES OF AMERICA,  )
 )  No. 3:10-cv-0219-HRH
                    Defendant.  )
_____)

O R D E R

Case Dismissed

Based upon the amended stipulation of the parties,[1] it is hereby ordered that all claims asserted or that could have been asserted by plaintiff in this action are dismissed with prejudice, with each side to bear its own costs, expenses, and attorney fees.

DATED at Anchorage, Alaska, this 15th day of December, 2011.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 20.